HAWAIIAN BEACHES, INC., HAWAII BEACH TERRACE, INC., HAWAIIAN PARKS, INC., AND HAWAII PARK TERRACE, INC. *v.* RALPH W. KONDO, DIRECTOR OF TAXATION OF THE STATE OF HAWAII.

No. 4953.

SEPTEMBER 16, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Arthur B. Reinwald* (*Anthony & Waddoups* of counsel) for the petition.